IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MERLIN A. LITTLETON                                                                                  PLAINTIFF

VS.                                                              CIVIL ACTION NO. 4:06cv93-JCS

B. GRIMES, et al.                                                                                  DEFENDANTS

### FINAL JUDGMENT

In accordance with this court's memorandum opinion and order of this date, judgment is hereby entered for Defendants and against Plaintiff, and the complaint is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of August, 2007.

/s/ James C. Sumner

UNITED STATES MAGISTRATE JUDGE